# United States Bankruptcy Court
## Northern District of Illinois

In re: **Rais Uddin / Bijal Brahmbhatt**, Debtor(s)

Case No.: 
Chapter: **13**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **12**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **June 26, 2023**

*(signature)*
Rais Uddin
Signature of Debtor

Date: **June 26, 2023**

*(signature)*
Bijal Brahmbhatt
Signature of Debtor