# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| **Rais Uddin and Bijal Brahmbhatt,** | Bankruptcy No. 23-08514 |
| Debtors. | Honorable A. Benjamin Goldgar |

## DECLARATION CONCERNING BUSINESS'S LIABILITIES

I, Rais Uddin, hereby state under penalty of perjury, as follows:

1. I am the owner and sole shareholder of Ridania Collections, Inc. ("Ridania").

2. Ridania operates an Indian/Pakistani apparel store at 1855 W. Golf Road, Schaumburg, Illinois.

3. Ridania's gross sales in 2022 were $17,287, and its "cost of goods sold" for 2022 was $4,700.

4. In my professional expertise, if Ridania's complete inventory were liquidated, it would sell for a total price of about $40,000.00.

5. Ridania owes money to several of its merchandise vendors.

    a. Ridania owes $14,600.00 to a vendor, Jitender Soni, which it has owed since April of 2018.

    b. Ridania owes $2,000.00 to a vendor, Kinjal Patel, which it has owed since March of 2019.

    c. Ridania owes $2,000.00 to a vendor, Mansoor Khan, which it has owed since July of 2023.

6. Ridania is the recipient of significant loans from my friends and family members. These were cash loans, intended to be paid back, and Ridania is liable to these individuals.

a. Ridania received a $20,000.00 cash loan from my father in November of 2017.

b. Ridania received a $7,000.00 cash loan from Vimla ~~Bhansai~~ Bhavsar (the second debtor's mother) in July of 2018.

c. Chandra Patel (the second debtor's aunt) loaned $6,000.00 in January of 2019; Ridania repaid $2,300.00 and continues to owe $3,700.00.

d. Ridania received a $9,400.00 cash loan from my brother ~~Arifin~~ Arif in in March of 2020.

e. Ridania received a $11,000.00 cash loan from Usman Mirza in August of 2022.

7. I have invested a significant amount of my own money in Ridania, and these investments are properly characterized as loans, as reflected on Ridania's 2022 tax return.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on (date): Nov 20th 2023  _S. [signature]_

Rais Uddin