**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | March 5, 2024 |
| **Bankruptcy Case** | No. 23 B 8514 | **Adversary** | |

**Brief Statement of Motion:** Rais Uddin & Bijal A Brahmbhatt

Order setting evidentiary hearing

**Names and Addresses of moving counsel**

**Representing**

## ORDER

This matter is set for hearing on May 30, 2024, at 9:30 a.m. in courtroom 642, 219 S. Dearborn Street, Chicago, IL 60604, on the objection of Trustee Marilyn O. Marshall to confirmation. Each party must file with the court and exchange with the other parties a list of witnesses, a list of exhibits, and the exhibits themselves on or before May 22, 2024. Each exhibit must be separately marked with number. Group exhibits must be paginated.

Failure to comply with these requirements *will* result in a sanctions order as follows: (1) any exhibit not listed and exchanged will not be admitted into evidence; (2) a party who fails to file the exhibit list, exchange the list, or exchange exhibits will be barred from introducing any exhibits into evidence; (3) any witness not identified and listed will be barred from testifying; and (4) a party who fails to file the witness list or exchange the list will be barred from presenting any witnesses. *In re Maurice*, 21 F.3d 767 (7th Cir. 1994).